UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

GURJIT S. DOAD and SARABJIT
DOAD, husband and wife and their
marital community
—————————————————,

                Plaintiff(s),         Case No.: _____

v.
C.R. ENGLAND, INC., a foreign
corporation; LEROY TILLMAN, JR. and
~~JANE DOE TILLMAN, husband and wife~~,
and their marital community' and DOES 1-X
                    Defendant(s).           JOINT ALTERNATIVE DISPUTE
                                                      RESOLUTION REPORT
—————————————————————

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit.  This report is submitted in compliance with LR 16-4(d).

   1.      Have counsel held settlement discussions with their clients and the opposing party?

        ☐Yes        ☐No

        If not, provide an explanation:

        ——————————————————————————————————

        ——————————————————————————————————

2.      The parties propose:    (*check one of the following*)

☐(a)  That this case be referred to a neutral of their choice for ADR not
        sponsored by the Court pursuant to LR 16-4(e)(1).

☐(b)  That the Court refer this case to mediation using a Court-sponsored
        mediator.  (*See* LR 16-4(f) for Court-sponsored  mediation procedures).
        The parties seek a Court mediator because:

_____

_____

_____

☐(c)  ADR may be helpful at a later date following completion of:

_____

_____

☐(d)   The parties believe the Court would be of assistance in preparing for
        ADR by:

_____

_____

☐(e)   The parties do not believe that any form of ADR will assist in the
        resolution of this case.

☐(f)   Other:

_____

_____

_____

Dated:_____          By:      _____


                                       By:      _____