Derek J. Ashton, OSB 871552
dashton@sussmanshank.com
Jason P. Evans, OSB 193573
jevans@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
    *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GURJIT S. DOAD and SARABJIT DOAD, husband and wife and their marital community,<br><br>    Plaintiffs,<br><br>v.<br><br>C.R. ENGLAND, INC., a foreign corporation; LEROY TILLMAN, JR. and JANE DOE TILLMAN, husband and wife and their marital community' and DOES 1-X,<br><br>    Defendants. | Case No. 3:21−cv−00645−JR<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST AND WITNESS LIST** |

Defendants C.R. England, Inc. and Leroy Tillman, Jr. (collectively, "Defendants") respectfully submit the following objections to Plaintiffs' Exhibit List and Witness List. Defendants reserve the right to object to individual exhibits, witnesses, and testimony as appropriate during the trial as evidence is presented.

**Page 1 - DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST AND WITNESS LIST**

## OBJECTIONS TO EXHIBITS

| Plaintiffs' Exhibit No. | Description | Objection |
|---|---|---|
| 1. | Medical records of Abbotsford Regional Hospital | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 2. | Medical records of Access MRI | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 3. | Medical records of Mark Adrian, MD | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 4. | Medical records of Dean Burrill, MD | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 5. | Medical records of CBI Health Centre | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 6. | Medical records of Cambie Surgery Centre | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 7. | Medical records of Charles Fisher, MD | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 8. | Medical records of Navraj Reran, MD | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 9. | Medical records of Jonathan Hiebert, DC | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 10. | Medical records of Harajit Lail, MD | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 11. | Medical records of Simpson Leung, DC | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |

**Page 2 - DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST AND WITNESS LIST**

| Plaintiffs' Exhibit No. | Description | Objection |
|---|---|---|
| 12. | Medical records of Mark Matishak, MD | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 13. | Medical records of Raphaele Charest Morin, MD | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 14. | Medical records of Mt. Lehman Physiotherapy | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 15. | Medical records of Mohammad Nagaria, MD | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 16. | Medical records of Surrey Memorial Hospital | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 17. | CD - Abbotsford Regional Hospital imaging | *Likely no objection, but any additional objections (including foundation) expressly reserved* |
| 18. | CD - Access MRI imaging | *Likely no objection, but any additional objections (including foundation) expressly reserved* |
| 19. | CD - Surrey Memorial Hospital imaging | *Likely no objection, but any additional objections (including foundation) expressly reserved* |
| 20. | Vocational Rehabilitation records | FRE 403; 801-02; MIL 10; *additional objections (including foundation) expressly reserved* |
| 21. | Disability Documents | FRE 403; 801-02; MIL 1, 10; *additional objections (including foundation) expressly reserved* |
| 22. | Plaintiff's Corporation Income Tax Return | FRE 401; MIL 1; *additional objections expressly reserved* |
| 23. | WorkSafe BC Health Care and MSP Payment Details dated October 19, 2022 | FRE 403; 801-03; MIL 1, 12, 13; *additional objections expressly reserved* |

**Page 3 - DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST AND WITNESS LIST**

| Plaintiffs' Exhibit No. | Description | Objection |
|---|---|---|
| 24. | WorkSafe BC Vocational Rehabilitation Payment Detail dated October 19, 2022 | FRE 403; 801-03; MIL 1, 12, 13; *additional objections expressly reserved* |
| 25. | Plaintiff Gurjit Doad's Driver's Daily Log dated May 20, 2019 | None at this time; *additional objections expressly reserved* |
| 26. | Defendant Leroy Tillman's Driver's Daily Log dated May 20, 2019 | FRE 401-03; *additional objections expressly reserved* |
| 27. | Defendant's Bill of Lading | FRE 401-03; *additional objections expressly reserved* |
| 28. | Defendant's TripPak Envelope | FRE 401-03; *additional objections expressly reserved* |
| 29. | Defendant's Registration for 2019 Freightliner Tractor | FRE 401-03; *additional objections expressly reserved* |
| 30. | Defendant's Registration for 2018 Trailer | FRE 401-03; *additional objections expressly reserved* |
| 31. | Google Earth Truck Stop Photos | *Likely no objection, but any additional objections expressly reserved* |
| 32. | Photo of Vehicle Impact | *Likely no objection, but any additional objections expressly reserved* |
| 33. | Photo of Defendant's Trailer | *Likely no objection, but any additional objections expressly reserved* |
| 34. | Photo of Ladder in Plaintiff's Truck (Illustrative) | *Likely no objection, but any additional objections expressly reserved* |
| 35. | Photo of Ladder and Driver's Seat in Plaintiffs Truck (Illustrative) | *Likely no objection, but any additional objections expressly reserved* |
| 36. | AMA Guide to Evaluation of Disease Injury Causation | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 37. | Annular Tears (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 38. | Anatomy Review Article Re Annular Tears | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |

**Page 4 - DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST AND WITNESS LIST**

| Plaintiffs' Exhibit No. | Description | Objection |
|---|---|---|
| 39. | Pearls Biomechanical Trauma - Lumbar Disc Herniation Article | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 40. | Treatment of Lumbar Disc Herniation Article | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 41. | New England Journal of Medicine Article Re Back Pain - Frymoyer | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 42. | Delayed Injuries AICA Orthopedics Article | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 43. | Orthopedic Clinics Article Re Lumbar and Cervical Spine Protrusion/Extrusion | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 44. | Chemical Substances of Disc Pain (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 45. | Dermatomes (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 46. | Health Services Research Article Re Disability Compensation | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 47. | Disc Pain Neurochemicals (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 48. | Spine Article by Carragee Re Does Minor Trauma Cause Serious Low Back Illness | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 49. | Asian Spine Journal Article Re Neuropathic Pain/Failed Back | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 50. | Radiopaedia Re Failed Back | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |

**Page 5 - DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST AND WITNESS LIST**

**SUSSMAN SHANK LLP, ATTORNEYS AT LAW**
**1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089**
**TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130**

| Plaintiffs' Exhibit No. | Description | Objection |
|---|---|---|
| 51. | Article by Millard/An Re Herniated Disc | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 52. | ICD 10 Codes for Traumatic Intervertebral Herniation | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 53. | Mayo Clinic Website Re Disk Herniation | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 54. | Neurological Research Article Re MR Evaluation of Epidural Fibrosis | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 55. | Radiology Article Re Disk Extrusion and Neural Compression | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 56. | StatPearls Article Re Neuroanatomy, Reticular Activation System | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 57. | RadioGraphics Article Re Origin Back Pain | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 58. | Mayo Clinic Article Re Disk Herniation and Pain Delay | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 59. | Article Re Scar Tissue and Pain After Back Surgery | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 60. | Spine Journal Article Re Lumbar Disc Nomenclature | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 61. | Journal of Manipulative and Physiological Therapeutics Article Re Symptoms of Protruded Disc | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 62. | Spine Universe Article Re Types of Disc Pathology | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |

**Page 6 - DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST AND WITNESS LIST**

| Plaintiffs' Exhibit No. | Description | Objection |
|---|---|---|
| 63. | American Journal of Neuroradiology Re Annular Tear and Disc Degeneration | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 64. | Journal of Orthopaedics Surgery Article Re Radiology Disc Protrusion | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 65. | Annals of Physical and Rehabilitation Medicine Article Re Modic 1 Changes | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 66. | Modic 1 (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 67. | Wikipedia Article Re Modic Changes | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 68. | Modic Changes (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 69. | Radiology Select Article Re Modic Discogram | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 70. | Intervertebral Disc (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 71. | Annular Tear Concentric (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 72. | Annular Tear Concentric Tear (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 73. | Annular Tear (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 74. | Annular Tear (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |

**Page 7 - DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST AND WITNESS LIST**

| Plaintiffs' Exhibit No. | Description | Objection |
|---|---|---|
| 75. | Article Re Annular Tear Symptoms | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 76. | Bulges (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 77. | Disc Areas of Injury (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 78. | Herniated Nucleus Pulposus (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 79. | Herniated Nucleus Pulposus Tear (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 80. | Microdiscectomy (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 81. | Normal Disc (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 82. | Protrusion/Extrusion Images (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 83. | Root Traversing (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 84. | Spinal Stenosis (Illustrative) | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 85. | International Journal of Neuroscience Article Re Carpal Tunnel and Cytokines | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 86. | American Journal of Radiology Article Re Carpal Tunnel and MRI | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |

**Page 8 - DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST AND WITNESS LIST**

| Plaintiffs' Exhibit No. | Description | Objection |
|---|---|---|
| 87. | Mayo Clinic Article Re Carpal Tunnel Syndrome | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 88. | Journal of Electromyography and Kinesiology Article Re Carpal Tunnel | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 89. | American Journal of Neuroradiology Article Re Annular Tears | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 90. | North American Spine Society Guidelines for Spine Care | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 91. | European Radiology Article Re Positional Change in Lumbar- Disc Herniation with MR | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 92. | Musculoskeletal Diseases, Spine Trauma Book, pages 215-236 | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |
| 93. | International Society Study of the Lumbar Spine, Section 17, Chapter 7: Posttraumatic Changes of the Intervertebral Disc | FRE 401-03; 801-02; MIL 10; *additional objections expressly reserved* |

## OBJECTIONS TO WITNESSES

| Witness Name | Objection |
|---|---|
| Gurjit Doad | Likely no objections outside of any potential issues raised in Motions *in Limine*. *Additional objections reserved until such time as witness is examined testimony is provided.* |
| Sarabjit Doad | Likely no objections outside of any potential issues raised in Motions *in Limine*. *Additional objections reserved until such time as witness is examined testimony is provided.* |
| David Doad | FRE 403; Potential issues raised in Motions *in Limine*; *additional objections reserved until witness is examined and testimony is provided.* |

**Page 9 - DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST AND WITNESS LIST**

| Witness Name | Objection |
|---|---|
| Harmeet Doad | FRE 403; Potential issues raised in Motions *in Limine*; *additional objections reserved until witness is examined and testimony is provided*. |
| Marty Ellison | Likely no objections. |
| Leroy Tillman, Jr. | Likely no objections outside of any potential issues raised in Motions *in Limine*. *Additional objections reserved until such time as witness is examined testimony is provided*. |
| Robert Malaer, MSN, RN | FRE 402-03; 702; 801-03; All issues raised in Defendants' Motions *in Limine*, including MILs 1, 2, 3, 6, 10, 13 and 14 |
| Paul Pakulak, OT | FRE 402-03; 702; 801-03; All issues raised in Defendants' Motions *in Limine*, including MILs 1, 6, 10, 13 and 14 |
| Navraj S. Heran, MD | FRE 402-03; 702; 801-03; All issues raised in Defendants' Motions *in Limine*, including MILs 1, 6, 10, 13 and 14 |
| Alan N. Schwartz, MD | FRE 402-03; 702; 801-03; All issues raised in Defendants' Motions *in Limine*, including MILs 1, 6, 10, 13 and 14 |
| Harajit Lail, MD | FRE 402-03; 702; 801-03; All issues raised in Defendants' Motions *in Limine*, including MILs 1, 6, 10, 13 and 14 |
| Eric Knowles, MBA | FRCP 26; 37; FRE 402-03; 702; 801-03; All issues raised in Defendants' Motions *in Limine*, including MILs 1, 4, 5, 6, 10, 13 and 14 |

DATED this 31st day of October, 2022.

SUSSMAN SHANK LLP

By */s/ Derek J. Ashton*
　　Derek J. Ashton, OSB 871552
　　dashton@sussmanshank.com
　　Jason P. Evans, OSB No. 193573
　　jevans@sussmanshank.com
　　　*Attorneys for Defendants*

**Page 10 -  DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST AND WITNESS LIST**