Derek J. Ashton, OSB 871552
dashton@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
    *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GURJIT S. DOAD and SARABJIT DOAD, husband and wife and their marital community,<br><br>    Plaintiffs,<br><br>v.<br><br>C.R. ENGLAND, INC., a foreign corporation; LEROY TILLMAN, JR. and JANE DOE TILLMAN, husband and wife and their marital community' and DOES 1-X,<br><br>    Defendants. | Case No. 3:21−cv−00645−JR<br><br>**OFFER OF JUDGMENT (FRCP 68)** |

    Defendants C.R. England, Inc. and Leroy Tillman, Jr. (collectively, "Defendants"), hereby offer to allow entry of judgment in favor of plaintiffs Gurjit S. Doad and Sarabjit Doad (collectively, "Plaintiffs") pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

///

Page 1 – **OFFER OF JUDGMENT**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Exhibit 1
Page 1 of 3

Defendants shall pay the sum of Three-hundred Thousand and One Dollar ($300,001) to Plaintiffs, which is the total amount that defendants shall be obligated to pay on account of any liability for injuries and damages claimed by Plaintiffs or either one of them herein, and which sum shall include any liability for costs of suit accrued to date and attorney fees otherwise recoverable in this action.

DATED this 26th day of August, 2022.

SUSSMAN SHANK LLP

By *s/ Derek J. Ashton*
Derek J. Ashton, OSB 871552
dashton@sussmanshank.com
*Attorneys for Defendants*

Page 2 – **OFFER OF JUDGMENT**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Exhibit 1
Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022, I caused to be served a full and exact copy of the foregoing **OFFER OF JUDGMENT** on the following persons:

Joseph A. Grube
Breneman Grube Orehoski, PLLC
1200 Fifth Avenue, Suite 625
Seattle, WA 98101
Phone: (206) 624-5975
joe@bgotrial.com

Daniel P. Mallove
Law Office of Daniel P. Mallove, PLLC
2003 Western Avenue, Suite 400
Seattle, WA 98121
Phone: (206) 239-9933
dmallove@dpmlaw.com

by the following indicated method(s):

☒   First Class Mail, postage prepaid, deposited in the US mail at Portland, OR
☐   Hand delivery
☐   Facsimile transmission
☐   Overnight delivery
☒   Email
☐   Electronic filing notification

Dated:      August 26, 2022

*s/ Derek J. Ashton*
Derek J. Ashton, OSB 871552

Page 3 – **OFFER OF JUDGMENT**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Exhibit 1
Page 3 of 3

# Wendy A. Van Hoof

| | |
|---|---|
| **From:** | Amanda S. Johnson |
| **Sent:** | Wednesday, April 28, 2021 3:34 PM |
| **To:** | Wendy A. Van Hoof |
| **Subject:** | FW: Pay.gov Payment Confirmation: OREGON DISTRICT COURT |

A Notice of Removal was filed today. Below is the receipt. 24545-005. Thanks.


Amanda S. Johnson
Legal Assistant to Derek J. Ashton, Drew L. Eyman and Kristin A. Eisenhauer Sussman Shank LLP
1000 SW Broadway, Suite 1400 | Portland, OR 97205
O:  503.227.1111 | D:  503.243.1661 x 246 Email | Web

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, April 28, 2021 3:32 PM
To: Amanda S. Johnson <ajohnson@sussmanshank.com>
Subject: Pay.gov Payment Confirmation: OREGON DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

Account Number: 5529239
Court: OREGON DISTRICT COURT
Amount: $402.00
Tracking Id: AORDC-8061282
Approval Code: 045047
Card Number: ************9752
Date/Time: 04/28/2021 06:32:07 ET

Vendor # *BCC*
GL #
Exp Code # *105*
C/M # *24545-002*
Inv Amt $ *402.00*

NOTE: This is an automated message. Please do not reply

1

Exhibit 2
Page 1 of 4

**Authorization Details**

| | |
|---|---|
| Date: | 4/28/2021 6:32:08 PM |
| Merchant name: | COURTS/USDC-OR |
| Merchant location: | PORTLANDOR97204 |
| Amount: | 402 |
| Authorization Type: | Mail/TelephoneOrder |
| Authorization Code: | 045047 |
| Response: | Approved |
| Reason: | PAYABLE/ACCOUN |

Exhibit 2
Page 2 of 4

# Wendy A. Van Hoof

**From:** CustomerService <CustomerService@ccardalerts.bankofamerica.com>
**Sent:** Wednesday, April 28, 2021 3:33 PM
**To:** Wendy A. Van Hoof
**Subject:** Bank of America - Account Alert

Card

A phone or mail transaction in the amount of $402.00 has been authorized to your account on 04/28/2021.

Thank You,
Bank of America

PLEASE NOTE - This e-mail was sent from an automated system. If you have any questions concerning this message, please do not reply to this e-mail. To modify or unsubscribe to these alerts, login to bofa.com/gca and click on the Alerts tab.

## WA SECRETARY OF STATE $20.00

| | | |
|---|---|---|
| Posted: 4/29/2021 | Originating Account Name: ACCOUNTS PAYABLE | Original Amount: 20 |
| Occurred: 4/28/2021 | Originating Account Number | Currency Desc: US Dollar (840) |
| Location: 360-704-5245 WA 000098501 | MCC: 9399 | Conversion Rate: 1.000000000 |
| | MCC Description: GOVERNMENT SERVICES NOT ELSEWHERE CLASSIFIED | Billed Amount: 20.00 |
| | Memo: | |

## COURTS/USDC-OR $402.00

| | | |
|---|---|---|
| Posted: 4/29/2021 | Originating Account Name: ACCOUNTS PAYABLE | Original Amount: 402 |
| Occurred: 4/28/2021 | Originating Account Number: | Currency Desc: US Dollar (840) |
| Location: 541-431-4100 OR 000097204 | MCC: 9399 | Conversion Rate: 1.000000000 |
| | MCC Description: GOVERNMENT SERVICES NOT ELSEWHERE CLASSIFIED | Billed Amount: 402.00 |
| | Memo: | |

## COURTS/USDC-OR $402.00

| | | |
|---|---|---|
| Posted: 4/29/2021 | Originating Account Name: ACCOUNTS PAYABLE | Original Amount: 402 |
| Occurred: 4/28/2021 | Originating Account Number: | Currency Desc: US Dollar (840) |
| Location: 541-431-4100 OR 000097204 | MCC: 9399 | Conversion Rate: 1.000000000 |
| | MCC Description: GOVERNMENT SERVICES NOT ELSEWHERE CLASSIFIED | Billed Amount: 402.00 |
| | Memo: | |

# I N V O I C E

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 782169 | 1/3/2022 | 768329 |
| Job Date | Case No. | |
| 11/18/2021 | | |

| Case Name |
|---|
| Gurjit and Sarabjit Doad v. C.R. England, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Kelly Lowrey
C.R. England, Inc.
4701 West 2100 South
Salt Lake City, UT 84120

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Gurjit Doad | 135.00 Pages | @ | 6.750 | 911.25 |
| Attendance Fee | 1.00 | @ | 552.500 | 552.50 |
| Conference Facility Rental | 1.00 | @ | 160.000 | 160.00 |
| Interpreter Technical Rate | 135.00 Pages | @ | 0.500 | 67.50 |
| Video Pages | 135.00 Pages | @ | 0.500 | 67.50 |
| Go Green Lit Package (Complimentary) | 1.00 | @ | 0.000 | 0.00 |
| Delivery of Sealed Original/Hard Copy | 1.00 | @ | 19.950 | 19.95 |

TOTAL DUE   >>>   $1,778.70

Adjuster Name     : Kelly Lowrey
Client Matter No. : 24545-005
Claim No.         : 1905500
Location of Job   : Charest Reporting
                    16th Floor
                    885 West Georgia Street
                    Vancouver, BC V6C 3EB

---

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kelly Lowrey
C.R. England, Inc.
4701 West 2100 South
Salt Lake City, UT 84120

Job No.     : 768329          BU ID        : CR England
Case No.    :
Case Name   : Gurjit and Sarabjit Doad v. C.R. England, Inc.

Invoice No. : 782169          Invoice Date : 1/3/2022
**Total Due**   : **$1,778.70**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:           Phone#: | |
| Billing Address: | |
| Zip:         Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

Exhibit 3
Page 1 of 2

# I N V O I C E

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 782169 | 1/3/2022 | 768329 |
| **Job Date** | **Case No.** | |
| 11/18/2021 | | |
| **Case Name** | | |
| Gurjit and Sarabjit Doad v. C.R. England, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kelly Lowrey
C.R. England, Inc.
4701 West 2100 South
Salt Lake City, UT 84120

Ordered by    : Derek J. Ashton, Esquire
                 Sussman Shank, LLP
                 1000 SW Broadway
                 Suite 1400
                 Portland, OR 97205

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kelly Lowrey
C.R. England, Inc.
4701 West 2100 South
Salt Lake City, UT 84120

Job No.      : 768329              BU ID        : CR England
Case No.     :
Case Name    : Gurjit and Sarabjit Doad v. C.R. England, Inc.

Invoice No.  : 782169              Invoice Date : 1/3/2022
**Total Due** : **$1,778.70**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

Exhibit 3
Page 2 of 2

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 871865 | 6/20/2022 | 768329 |
| Job Date | Case No. | |
| 11/18/2021 | | |
| Case Name | | |
| Gurjit and Sarabjit Doad v.  C.R. England, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Kelly Lowrey
C.R. England, Inc.
4701 West 2100 South
Salt Lake City, UT 84120

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Sarabjit Doad | 23.00 Pages | @ | 6.750 | 155.25 |
| 2 Day Expedited Delivery | | | | 139.73 |
| Video Pages | 23.00 Pages | @ | 0.500 | 11.50 |
| Interpreter Technical Rate | 23.00 Pages | @ | 0.500 | 11.50 |
| 2 Day Expedited Delivery | | | | 10.35 |
| Go Green Lit Package (Complimentary) | 1.00 | @ | 0.000 | 0.00 |

**TOTAL DUE   >>>**                                              **$328.33**

Adjuster Name    : Kelly Lowrey
Client Matter No. : 24545-005
Claim No.            : 1905500
Location of Job  : Charest Reporting
                            16th Floor
                            885 West Georgia Street
                            Vancouver, BC V6C 3EB
Ordered by        : Derek J. Ashton, Esquire
                            Sussman Shank, LLP
                            1000 SW Broadway
                            Suite 1400
                            Portland, OR 97205

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kelly Lowrey
C.R. England, Inc.
4701 West 2100 South
Salt Lake City, UT 84120

Job No.          : 768329           BU ID           : CR England
Case No.        :
Case Name    : Gurjit and Sarabjit Doad v.  C.R. England, Inc.

Invoice No.    : 871865           Invoice Date  : 6/20/2022
**Total Due**   : **$328.33**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Magna Legal Services LLC**
                  **P.O. Box 822804**
                  **Philadelphia, PA 19182-2804**

Exhibit 4
Page 1 of 2

# INVOICE

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 871865 | 6/20/2022 | 768329 |
| **Job Date** | **Case No.** | |
| 11/18/2021 | | |
| **Case Name** | | |
| Gurjit and Sarabjit Doad v. C.R. England, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kelly Lowrey
C.R. England, Inc.
4701 West 2100 South
Salt Lake City, UT 84120

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

|  |  |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $328.33 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kelly Lowrey
C.R. England, Inc.
4701 West 2100 South
Salt Lake City, UT 84120

Job No.      : 768329          BU ID        : CR England
Case No.     :
Case Name    : Gurjit and Sarabjit Doad v. C.R. England, Inc.

Invoice No.  : 871865          Invoice Date : 6/20/2022
**Total Due**    : **$328.33**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

Exhibit 4
Page 2 of 2

# Chapin Reporting

# Invoice

Court Reporting
4885 Lakehurst Lane S.E.
Bellevue, Washington 98006
(206) 271-1955

RECEIVED APR 20 2022

| DATE | INVOICE # |
|---|---|
| 4/11/2022 | 040120222 |

| BILL TO |
|---|
| Derek J. Ashton |
| Sussman Shank, LLP |
| 1000 SW Broadway, Suite 1400 |
| Portland, Oregon 97205 |

| TERMS | REPORTER |
|---|---|
|  | JCB |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/1/2022 | Doad vs. C.R. England, et al.<br>Deposition of Leroy Tillman, Jr.<br><br>Copy (ETranscript)<br>Exhibit Production | 207.00<br>14.00 |

*Handwritten:*
Vendor # _____
GL # _____
Exp Code # 185
C/M # 24545-005
Inv Amt $ 221.00

| Tax ID # 20-8332298 | Thank you for your business! | **Total** | $221.00 |
|---|---|---|---|

Exhibit 5
Page 1 of 2

# Wendy A. Van Hoof

**From:** Amanda S. Johnson
**Sent:** Wednesday, April 20, 2022 3:34 PM
**To:** Wendy A. Van Hoof
**Subject:** RE: Chapin Reporting Invoice 040120222 - $221

Approved. 24545-005

**Amanda S. Johnson**
Legal Assistant to Derek J. Ashton, Kristin A. Eisenhauer, and Steven F. Cade
Sussman Shank LLP
1000 SW Broadway, Suite 1400 | Portland, OR 97205
O: 503.227.1111 | D: 503.243.1661 x 246
Email | Web

**From:** Wendy A. Van Hoof <wvanhoof@sussmanshank.com>
**Sent:** Wednesday, April 20, 2022 3:32 PM
**To:** Amanda S. Johnson <ajohnson@sussmanshank.com>
**Subject:** Chapin Reporting Invoice 040120222 - $221

Hi Amanda,

Please review/approve the attached invoice from Chapin Reporting. Please also provide the client/matter number.

Thank you,

**Wendy A. Van Hoof**
Accounting Clerk
1000 SW Broadway, Suite 1400 | Portland, OR 97205
O: 503.227.1111 | D: 503.243.1661 x 272
Email | Web

## SUSSMAN SHANK LLP
ATTORNEYS

Important Notice to Recipients: This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

1

Exhibit 5
Page 2 of 2

KELLIE M. HUMISTON, RMR, CRR
Official Court Reporter

1000 SW Third Avenue, Room 301
Portland, Oregon 97204
(503) 326-8186
Kellie_Humiston@ord.uscourts.gov

_____

INVOICE NO. 2022-140

December 5, 2022

SUSSMAN SHANK
Derek J. Ashton
1000 SW Broadway
Suite 1400
Portland, OR 97205
(503) 323-9000
Dashton@sussmanshank.com

_____

Re:  Doad vs. C.R. England
     USDC Case No. 3:21-cv-00645-JR


For:
1.  11/28/22:  Rough draft trial testimony of Gurjit Doad
2.  11/29/22:  Rough draft trial testimony of Gurjit Doad
_____

TOTAL PAGES:
     141 pages @ $3.05 per page:              430.05
     (Rough draft)


_____

TOTAL DEPOSIT:                                 00.00
_____
**TOTAL DUE:**                                **430.05**


**PAYABLE UPON RECEIPT**
Make check payable to Kellie Humiston
**THANK YOU**

Exhibit 6
Page 1 of 1



## INFORMATION INVOICE

**Gregory H Gossling**

**United States**

*Company Name*
*Group Name*
*Guest Name*

| | |
|---|---|
| *Room No.* | 0606 |
| *Arrival* | 11/29/22 |
| *Departure* | 12/02/22 |
| *Confirmation No.* | 203212363 |
| *Folio No.* | 156390 |
| *Cashier No.* | 6675 |
| *Custom Ref.* | |
| *Page No.* | 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11/29/22 | Guest Room Charge | 114.72 | |
| 11/29/22 | City Lodging Tax 11.5% | 13.19 | |
| 11/29/22 | State Occupancy Tax 1.5% | 1.72 | |
| 11/29/22 | Portland Tourism Assessment 3% | 3.44 | |
| 11/30/22 | Guest Room Charge | 114.72 | |
| 11/30/22 | City Lodging Tax 11.5% | 13.19 | |
| 11/30/22 | State Occupancy Tax 1.5% | 1.72 | |
| 11/30/22 | Portland Tourism Assessment 3% | 3.44 | |
| 12/01/22 | Guest Room Charge | 114.72 | |
| 12/01/22 | City Lodging Tax 11.5% | 13.19 | |
| 12/01/22 | State Occupancy Tax 1.5% | 1.72 | |
| 12/01/22 | Portland Tourism Assessment 3% | 3.44 | |
| 12/02/22 | Visa | | 399.21 |
| | XXXXXXXXXXXX        XX/XX | | |

| | | |
|---|---|---|
| **Total Charges** | 399.21 | |
| **Total Credits** | | 399.21 |
| **Balance** | | 0.00 |

The Paramount Hotel | 808 SW Taylor Street | Portland, OR 97205
ph: 503.223.9900 | fx: 503.223.7900 | info@portlandparamount.com
www.portlandparamount.com

Exhibit 7
Page 1 of 1

River City Media, LLC
812 SW Washington St, Ste 500
Portland, OR  97205 US
info@rivcitymedia.com
www.rivcitymedia.com

Invoice



| BILL TO |
|---|
| Kristin A. Eisenhauer |
| Sussman Shank |
| 1000 SW Broadway, Suite 1400 |
| Portland, OR  97205 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2010-8217 | 11/23/2022 | $151.25 | 12/23/2022 | Net 30 | |

**CASE NAME**
Doad v. CR England

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/21/2022 | Video Editing | Video Editing - clip creation ($150/hour) | 0.75 | 150.00 | 112.50 |
| 11/23/2022 | Surveillance | Real-Time Capture, Reformat ($55 per source hour) | 0.25 | 55.00 | 13.75 |
| 11/23/2022 | Digital Upload | Digital upload of clips created | 1 | 25.00 | 25.00 |

BALANCE DUE  $151.25

Exhibit 8
Page 1 of 1

River City Media, LLC
812 SW Washington St, Ste 500
Portland, OR  97205 US
info@rivcitymedia.com
www.rivcitymedia.com

Invoice



| BILL TO |
|---|
| Kristin A. Eisenhauer |
| Sussman Shank |
| 1000 SW Broadway, Suite 1400 |
| Portland, OR  97205 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2010-8275 | 12/05/2022 | $62.50 | 01/04/2023 | Net 30 | |

**CASE NAME**
Doad Clips

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/30/2022 | Video Editing | Video Editing - Doad surveillance clips x3 ($150/hour) | 0.25 | 150.00 | 37.50 |
| 11/30/2022 | Digital Upload | Digital upload of clips created | 1 | 25.00 | 25.00 |

BALANCE DUE  $62.50

Exhibit 9
Page 1 of 1



**WORLD TRAVEL**
Agency Address: 7931 NE Halsey St, Suite 309, Portland, OR
Phone: 503 231-1600

# eTicket Receipt

**Prepared For**
GOSSLING/GREGORY H [24545-005]

| | |
|---|---|
| RESERVATION CODE | YASWUX |
| ISSUE DATE | 29 Nov 22 |
| TICKET NUMBER | 0067862592564 |
| INVOICE NUMBER | 0682192 |
| ISSUING AIRLINE | DELTA AIR LINES INC. |
| ISSUING AGENT | WORLD TRAVEL/AKD |
| ISSUING AGENT LOCATION | PORTLAND, OR |
| IATA NUMBER | 38942400 |
| CUSTOMER NUMBER | 5032271111 |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| **01 Dec 22** | DELTA AIR LINES INC. DL 1698  Operated by: DELTA AIR LINES INC. | PORTLAND OR, OR  Time 7:25pm | SALT LAKE CITY, UT  Time 10:14pm | Airline Reservation Code  GRT4A9  Cabin  ECONOMY  Seat Number  CHECK-IN REQUIRED  Baggage Allowance  0 PIECES  Booking Status  CONFIRMED  Fare Basis  KA0RX0M2  Not Valid After  29 NOV 23 |

## Allowances

Baggage Allowance

PDX to SLC - 0 Pieces DELTA AIR LINES INC

Prices of additional baggage pieces:

1. 30.00 USD up to 50 pounds/23 kilograms and up to 62 linear inches/158 linear centimeters

2. 40.00 USD up to 50 pounds/23 kilograms and up to 62 linear inches/158 linear centimeters

ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY DEPENDING ON FLYER-SPECIFIC FACTORS /E.G.

FREQUENT FLYER STATUS/MILITARY/ CREDIT CARDFORM OF PAYMENT/EARLY PURCHASE OVER

INTERNET,ETC

Carry On Allowances

PDX to SLC - 1 Piece (DL - DELTA AIR LINES INC) up to 45 linear inches/115 linear centimeters

Carry On Charges

PDX to SLC - (DL - DELTA AIR LINES INC) - Carry-on fees unknown - contact carrier

Embargoes - Apply To Each Passenger

PDX to SLC - (DL - DELTA AIR LINES INC)

pet in hold not permitted

sporting equipment/pole vault equipment not permitted

sporting equipment/canoe/kayak not permitted

Exhibit 10
Page 1 of 3

## Payment/Fare Details

| Form of Payment | CREDIT CARD - VISA : XXXXXXXXXXXX |
|---|---|
| Endorsement / Restrictions | NONE |
| Fare Calculation Line | SLC DL PDX236.28DL SLC468.84USD705.12END ZPSLCPDX XFSLC4.5PDX4.5 A/C232.56 17.44US |
| Exchanged Ticket | 0067862592206 |
| Fare | USD 705.12 |
| Taxes/Fees/Carrier-Imposed Charges | USD 52.88 US (US DOMESTIC TRANSPORTATION TAX) |
| | USD 9.00 ZP (SEGMENT TAX) |
| | USD 11.20 AY (US SECURITY FEE) |
| | USD 9.00 XF (US PASSENGER FACILITY CHARGE) |
| Total | USD 787.20 |
| Total Additional Collection | USD 250.00 |

**Positive identification required for airport check in**

**Notice:**

**DANGEROUS GOODS (HAZARDOUS MATERIALS):** THE CARRIAGE OF CERTAIN HAZARDOUS MATERIALS, LIKE AEROSOLS, FIREWORKS, AND FLAMMABLE LIQUIDS, ABOARD THE AIRCRAFT IS FORBIDDEN. IF YOU DO NOT UNDERSTAND THESE RESTRICTIONS, FURTHER INFORMATION MAY BE OBTAINED FROM YOUR AIRLINE.

**DATA PROTECTION NOTICE:** YOUR PERSONAL DATA WILL BE PROCESSED IN ACCORDANCE WITH THE APPLICABLE CARRIER'S PRIVACY POLICY AND, IF YOUR BOOKING IS MADE VIA A RESERVATION SYSTEM PROVIDER ("GDS"), WITH ITS PRIVACY POLICY. THESE ARE AVAILABLE AT HTTP://WWW.IATATRAVELCENTER.COM/PRIVACY OR FROM THE CARRIER OR GDS DIRECTLY. YOU SHOULD READ THIS DOCUMENTATION, WHICH APPLIES TO YOUR BOOKING AND SPECIFIES, FOR EXAMPLE, HOW YOUR PERSONAL DATA IS COLLECTED, STORED, USED, DISCLOSED AND TRANSFERRED.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY:** PASSENGERS EMBARKING UPON A JOURNEY INVOLVING AN ULTIMATE DESTINATION OR A STOP IN A COUNTRY OTHER THAN THE COUNTRY OF DEPARTURE ARE ADVISED THAT THE PROVISIONS OF AN INTERNATIONAL TREATY (THE WARSAW CONVENTION, THE 1999 MONTREAL CONVENTION, OR OTHER TREATY), AS WELL AS A CARRIER'S OWN CONTRACT OF CARRIAGE OR TARIFF PROVISIONS, MAY BE APPLICABLE TO THEIR ENTIRE JOURNEY, INCLUDING ANY PORTION

Exhibit 10
Page 2 of 3

ENTIRELY WITHIN THE COUNTRIES OF DEPARTURE AND DESTINATION. THE APPLICABLE TREATY GOVERNS AND MAY LIMIT THE LIABILITY OF CARRIERS TO PASSENGERS FOR DEATH OR PERSONAL INJURY, DESTRUCTION OR LOSS OF, OR DAMAGE TO, BAGGAGE, AND FOR DELAY OF PASSENGERS AND BAGGAGE.

ADDITIONAL PROTECTION CAN USUALLY BE OBTAINED BY PURCHASING INSURANCE FROM A PRIVATE COMPANY. SUCH INSURANCE IS NOT AFFECTED BY ANY LIMITATION OF THE CARRIER'S LIABILITY UNDER AN INTERNATIONAL TREATY. FOR FURTHER INFORMATION PLEASE CONSULT YOUR AIRLINE OR INSURANCE COMPANY REPRESENTATIVE.

**NOTICE OF BAGGAGE LIABILITY LIMITATIONS:** LIABILITY FOR LOSS, DELAY, OR DAMAGE TO BAGGAGE IS LIMITED UNLESS A HIGHER VALUE IS DECLARED IN ADVANCE AND ADDITIONAL CHARGES ARE PAID. FOR MOST INTERNATIONAL TRAVEL (INCLUDING DOMESTIC PORTIONS OF INTERNATIONAL JOURNEYS) THE LIABILITY LIMIT IS APPROXIMATELY $9.07 PER POUND FOR CHECKED BAGGAGE AND $400 PER PASSENGER FOR UNCHECKED BAGGAGE.  FOR TRAVEL WHOLLY BETWEEN U.S. POINTS, FEDERAL RULES REQUIRE ANY LIMIT ON AN AIRLINE'S BAGGAGE LIABILITY TO BE AT LEAST $3,500 PER PASSENGER. EXCESS VALUATION MAY BE DECLARED ON CERTAIN TYPES OF ARTICLES. SOME CARRIERS ASSUME NO LIABILITY FOR FRAGILE, VALUABLE OR PERISHABLE ARTICLES. FURTHER INFORMATION MAY BE OBTAINED FROM THE CARRIER.

CARRIER RESERVES THE RIGHT TO REFUSE CARRIAGE TO ANY PERSON WHO HAS ACQUIRED A TICKET IN VIOLATION OF APPLICABLE LAW OR CARRIER'S TARIFFS, RULES OR REGULATIONS SUBJECT TO TARIFF REGULATIONS.

Important Legal Notices

Exhibit 10
Page 3 of 3